UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS ROBERTSON (#91333)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 10-350-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 23, 2014 (doc. no. 42). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Reconsideration of dismissed Writ of Habeas Corpus, treated as a motion for relief from judgment pursuant to Rule 60(b), is denied.

Baton Rouge, Louisiana, this 10th day of June, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA